**U.S. Department of Justice**

Criminal Division
Office of Enforcement Operations
International Prisoner Transfer Unit

*Washington, D.C. 20530*

FILED
14 DEC 11 AM 10: 31
CLERK US DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

DEC 10 2014

4:14 MC221

The Honorable George J. Limbert
United States Magistrate Judge
Thomas D. Lambros Federal Building
and United States Courthouse
125 Market Street, Suite 337
Youngstown, Ohio 44503

Re: Verification of Consent to Transfer Hearing for Nicolas Perret (to France), Reg. No. 16975-111

Dear Judge Limbert:

The Verification of Consent Hearing is scheduled for December 30, 2014, at 2:30 p.m. Enclosed are documents for the above-mentioned prisoners, as well as:

1. Verification of consent to transfer forms;
2. The Council of Europe Convention;
3. 18 U.S.C. §§4100-4115;
4. Proceedings for the Transfer of Offenders to or from Foreign Countries.

Please note that for security reasons it is BOP policy not to disclose this date to anyone other than the individuals involved in the consent verification hearing that need to know. As a result, this information should not be disclosed to anyone else including the prisoner's family members and consulate. If you have any questions, please call me at 202-514-7245 or 202-514-3173.

Sincerely,

April L. Days
International Prisoner Transfer Unit

cc: David M. Toepfer, U.S. Attorney's Office, Youngstown, OH
Edward Bryan, Federal Public Defender Office, Cleveland, OH