United States District Court
Northern District of Ohio
Office of the Clerk
2-161 Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland, Ohio 44113-1830

Geri M. Smith
Clerk of Court

(216) 357-7000


December 31, 2014

Ms. April L. Days
U.S. Department of Justice
International Prisoner Transfer Unit
John C. Keeney Bldg., 12th Floor
10th & Constitution Avenue, N.W.
Criminal Division
Office of Enforcement Operations
Washington, DC 20530

Re: In The Matter Of: Verification Of Consent To Transfer To France For Execution Of Penal Sentence Of The United States Of America – Nicolas Bernard Perret, DOJ No. 236539-03-7-161-F
Northern District of Ohio, Eastern Division
Case No. 4:14M6221 – Magistrate Judge Limbert

Dear Ms. Days:

Enclosed please find the following with regard to the verification of consent to transfer proceedings, which were held on December 31, 2014 regarding Nicolas Bernard Perret:

1. An executed copy of the Verification Of Consent To Transfer To France for Execution Of Penal Sentence Of The USA;

2. A certified copy of the Verification Of Consent To Transfer;

3. A certified copy of the court docket in this matter;

3. A tape recording/DVD of the proceedings.

If you need anything further regarding this matter, please do not hesitate to contact me.

Very truly yours,

*/s/Anita A. Schenker*
Anita A. Schenker
Courtroom Deputy to the
Honorable George J. Limbert
(330) 884-7465

Enclosures